UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHANA HECHT | : |
| PLAINTIFF | : CIVIL ACTION NO. |
| | 3:10-cv-01213 (MRK) |
| VS. | : |
| UNITED COLLECTION BUREAU, INC. | : |
| DEFENDANT | : NOVEMBER 29, 2010 |

## MOTION TO DISMISS THE
## FIRST AND SECOND CAUSES OF ACTION

Pursuant to Fed. R. Civ. P. 12(b)(6), the defendant United Collection Bureau, Inc., herby respectfully moves to dismiss both the First and Second Causes of Action contained in the Complaint, dated August 2, 2010 because:

1. The First Cause of Action is premised upon the Defendant's alleged violation of Sec. 1692 *et seq.* of Title 15 of the United States Code, the Fair Debt Collections Practices Act (hereinafter "FDCPA"). A National Class has been certified in the case of *Gravina v. United Collection Bureau*, pending in the United States District Court for the Eastern District of New York, Case No.: 09-CV-04816. The certification of that National Class includes the case at issue and therefore; requires the dismissal of this case.
2. The Second Cause of Action is premised upon the Defendant's alleged violation of CGSA Sec. 42-110, Connecticut Unfair Trade Practices Act (hereinafter "CUTPA"). The plaintiff's CUTPA claim must fails for lack of ascertainable loss.

Wherefore, the Defendant respectfully moves this Court to grant this motion and dismiss the Plaintiff's Complaint.

THE DEFENDANTS

BY _____
Brian J. Farrell, Jr. ct 20203
Law Offices of Brian J. Farrell, Jr.
555 Long Wharf Drive
New Haven, Connecticut 06511
Tel: (203) 782-4122
Fax: (203) 782-4128
E-Mail: jyahwak@bfarrelllaw.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically on the 29th day of November, 2010. Notice of this filing will be sent via e-mail to all parties by the operation of the Court's electronic filing system.

_____
Brian J. Farrell, Jr.