UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHANA HECHT, | : | |
| | : | |
| Plaintiff, | : | No. 3:10 CV 1213 (MRK) |
| | : | |
| v. | : | |
| | : | |
| UNITED COLLECTION BUREAU, | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT

This matter came on for consideration on defendants' Motion to Dismiss before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 8, 2011, a Memorandum of Decision entered granting the relief as to the FDCPA claim and dismissing the CUTPA law claim without prejudice to renewal in state court.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the case is dismissed.

Dated at New Haven, Connecticut, this 9th day of March, 2011.

ROBERTA D. TABORA, CLERK
By

 /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____