UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------x

| | |
|---|---|
| CHANA HECHT,<br><br>          Plaintiff,<br><br> -against-<br><br>UNITED COLLECTION BUREAU, INC.,<br><br>          Defendant. | Civil Action No.:<br>3:10-cv-01213 (MRK)<br><br>**DECLARATION OF BARRY JACOBS, ESQ. IN OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION** |

------------------------------------------------------------------x

  BARRY JACOBS, an attorney duly admitted to practice in the United States District Courts for the Southern District and Eastern District of New York, and admitted *pro hac vice* as counsel for defendant in this case, declares the truth of the following statements under penalties of perjury:

  1.  I am a member of the firm of ABRAMS, GORELICK, FRIEDMAN & JACOBSON, P.C., attorneys for the defendant UNITED COLLETION BUREAU, INC. ("UCB").

  2.  This declaration is submitted in opposition to plaintiff's motion which seeks reconsideration of the Court's decision granting UCB's motion to dismiss plaintiff HECHT's claims under the FDCPA.

  3.  Attached as Exhibits are the following documents, which I declare to be true and accurate copies:

- Attached as Exhibit "A" is this Court's Memorandum of Decision dated and filed March 8, 2011;

- Attached as Exhibit "B" is this Court's Amended Memorandum of Decision dated and filed March 9, 2011;

- Attached as Exhibit "C" is this Court's Second Amended Memorandum of Decision dated and filed March 25, 2011.

**WHEREFORE**, on the basis of the foregoing and the accompanying Memorandum of Law, it is respectfully submitted that this Court should enter an Order denying plaintiff's Motion for Reconsideration in its entirety, as well as enter an Order for such other and further relief as this Court deems just and proper under the circumstances.

Dated: New York, New York
March 29, 2011

Respectfully submitted,

ABRAMS, GORELICK, FRIEDMAN & JACOBSON, P.C.
Attorney for Defendant

By:_____
    Barry Jacobs (0216)
One Battery Park Plaza – 4th Floor
New York, New York 10004
(212) 422-1200
File No.: 7451